JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEE ROBINSON, <br><br> Plaintiffs, <br><br> v. <br><br> THE LONG BEACH POLICE DEPARTMENT, THE CITY OF LONG BEACH, MICHAEL HYNES, ADAM STURGEON, JOHN P. MAGALLANES, THOMAS H. VRIENS, DAVID C. FRAZIER, SGT. LARRY BAUTISTA, and DOES 1-10 inclusive, <br><br> Defendants | CASE NO. CV 10-3483 ~~MRP~~ PA (JCGx) <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41 (b) <br><br> Complaint Filed: June 28, 2010 <br><br> Trial Date:   May 17, 2011 |

The court having read the stipulation of counsel, and good cause having been shown, order the foregoing matter dismissed pursuant to FRCP Rule 41(a). Each side to bear their own costs and attorney fees.

Dated: April 5, 2011

*/s/ Percy Anderson*

Percy Anderson, Judge
U.S. District Court

4

STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41